1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| 11 | MELVIN GREEN, | Case No. 1:25-cv-00222-JLT-BAM |
|---|---|---|
| 12 | PLAINTIFF, | ORDER ADOPTING STIPULATED PROTECTIVE ORDER – DISCOVERY ONLY |
| 13 | V. | |
| 14 | JAGUAR LAND ROVER NORTH AMERICA, LLC, | (DOC. 14) |
| 15 | | ORDER VACATING AUGUST 12, 2025 STATUS CONFERENCE |
| 16 | Defendant. | |

17        The Court has reviewed the Stipulated Protective Order – Discovery Only filed by

18 Plaintiff Melvin Green and Defendant Jaguar Land Rover North America, LLC on August 6,

19 2025.  Having considered the stipulation, and finding good cause, the Court adopts the Stipulated

20 Protective Order – Discovery Only (Doc. 14), subject to the following modification:

21        <u>Exhibit A, lines 14-17</u>: "I further agree to submit to the jurisdiction of the United States

22 District Court for the Eastern District of California for the purpose of enforcing the terms of this

23 Stipulated Protective Order, even if such enforcement proceedings occur after termination of this

24 action" is hereby struck and replaced  with "I further agree to submit to the jurisdiction of the

25 United States District Court for the Eastern District of California for the purpose of enforcing the

26 terms of this Stipulated Protective Order **up to and until the** termination of this action."

27        The parties are advised that pursuant to the Local Rules of the United States District

28 Court, Eastern District of California, any documents subject to the protective order to be filed

1

under seal must be accompanied by a written request which complies with Local Rule 141 prior to sealing. The party making a request to file documents under seal shall be required to show good cause for documents attached to a non-dispositive motion or compelling reasons for documents attached to a dispositive motion. *Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 677-78 (9th Cir. 2009). Within five (5) days of any approved document filed under seal, the party shall file a redacted copy of the sealed document. The redactions shall be narrowly tailored to protect only the information that is confidential or was deemed confidential.

The parties also shall consider resolving any dispute arising under the stipulated protective order according to the Court's informal discovery dispute procedure.

In light of this order, the Status Conference currently set for August 12, 2022, before the undersigned, is HEREBY VACATED. No appearance is required.

IT IS SO ORDERED.

Dated:   **August 8, 2025**                        /s/ *Barbara A. McAuliffe*    _
                                                  UNITED STATES MAGISTRATE JUDGE