UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN GREEN,

       Plaintiff,

  v.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

       Defendant.

Case No.  1:25-cv-00222-JLT-FJS

ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS

(ECF No. 21)

On June 1, 2026, the parties filed a notice of settlement, informing the court that a settlement has been reached and that dispositional documents will be filed no later than August 31, 2026.  (ECF No. 21.) The parties did not show good cause for filing dispositional documents ninety (90) days after this notice, as opposed to filing dispositional within twenty-one (21) days. L.R. 160(b). Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than June 22, 2026. Any request for an extension shall be supported by good cause.

IT IS SO ORDERED.

   Dated:   **June 3, 2026**

                                       UNITED STATES MAGISTRATE JUDGE